IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**FILED**

JUN 29 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 1:05CR161-T |
| v. ) | [18 USC 922(g)(1); |
| ) | 21 USC 844(a)] |
| BENNIE DEAN HERRING ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about July 7, 2004, in Coffee County, within the Middle District of Alabama,

BENNIE DEAN HERRING,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the United States, to-wit:

1) 1990, Manufacture, distribution, possession, and advertising of wire, oral, or electronic communication intercepting devices, United States District Court, Middle District of Alabama, Cr. No. 89-277-S; and

2) 1991, Violation of Satellite Television Privacy, United States District Court, Middle District of Alabama, Cr. No. 90-252-S

did knowingly possess in and affecting commerce a firearm, to-wit: a Hi-Point, .380 caliber, semi-automatic pistol, serial number P717943, in violation of Title 18, United States Code, Section, 922(g)(1).

## COUNT 2

On or about July 7, 2004, in Coffee County, within the Middle District of Alabama,

BENNIE DEAN HERRING,

defendant herein, did intentionally and knowingly possess a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney