IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-cr-161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE CHARLES S. COODY, UNITED STATES MAGISTRATE

JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District

of Alabama, and represents and shows unto the Court that there is pending in the United States

District Court for the Middle District of Alabama an Indictment against Bennie Dean Herring now

in custody of Coffee County Jail, New Brockton, Alabama, and that said cause is set for arraignment

at Montgomery, Alabama, in this Honorable Court on August 17, 2005, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this

Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Coffee County

Jail, New Brockton,  Alabama, commanding them to deliver said prisoner to any United States

Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said

prisoner before this Honorable Court to be held at Montgomery, Alabama, on August 17, 2005, at

10:00 a.m.

Respectfully submitted this the 8th of August, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov