**COURTROOM DEPUTY'S MINUTES**          **DATE: 8/17/05**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING: 11:00 - 11:11**

**COURT REPORTER:**

☑ **ARRAIGNMENT**      ☐ **CHANGE OF PLEA**      ☐ **CONSENT PLEA**

☐ **RULE 44(c) HEARING**      ☐ **SENTENCING**

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr161-T          **DEFENDANT NAME:** Bennie Dean Herring

**AUSA:** Verne H. Speirs          **DEFENDANT ATTORNEY:** PRO SE

**PTSO:**          **Type counsel ( x )Waived; ( )Retained; ( )CJA; ( )FPD**

          **( ) appointed at arraignment; ( ) standing in for:** _____

**USPO:**

**Defendant ( )does; ( ✓ )does NOT need an interpreter**

**Interpreter present? ( ✓ )NO; ( )YES    Name:**

**DISCOVERY DISCLOSURE DATE:** August 17, 2005

---

☑ This is defendant's **FIRST APPEARANCE.**

☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*

☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**      ☑ **Not Guilty**                    ☐ **Nol Contendere**

          ☐ **Not Guilty by reason of insanity**

          ☐ **Guilty as to:**

                    ☐ **Count(s):**

                    ☐ **Count(s):**                    ☐ **dismissed on oral motion of USA**

                              ☐ **to be dismissed at sentencing**

☐ Written plea agreement filed    ☐ **ORDERED SEALED**

☐ _____ Days to file pretrial motions

☑ 10/12/05 _____ Trial date or term

☐ **ORDER:** Defendant continued under ☐ same bond;  ☐ summons; for:

          ☐ Trial on _____; ☐ Sentencing on _____

☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

          ☐ Posting a $_____ bond;

          ☑ Trial on 10/12/05 ; or ☐ Sentencing on _____

☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed

                    ☐ Defendant requests time to secure new counsel

☐ **WAIVER** of Speedy Trial. CRIMINAL TERM: 10/12/05