| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  SEPTEMBER 19, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:  1:31 - 1:46** |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:**  1:05CR161-F-C   **DEFENDANT NAME:** BENNIE D. HERRING

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  VEREN SPEIRS | PRO SE (CHRISTINE FREEMAN) |

√   **DISCOVERY STATUS: NONE.**

√   **PENDING MOTION STATUS: NONE**

❏   **PLEA STATUS:**

√   **TRIAL STATUS:   WILL TAKE 2 DAYS FOR TRIAL.**

√**REMARKS:** ORAL ORDER appointing the Federal Defender as stand-by counsel to provide assistance to deft; Deft will allow until 9/23/05 to renew any motions that deft attempted to file.