**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.   1:05CR161-T** |
| | ) | |
| **BENNIE DEAN HERRING** | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on September 19,  2005 before the undersigned

Magistrate Judge.  Present at this conference was the defendant, Bennie Dean Herring,

Pro Se, with Honorable Christine Freeman, appearing as stand-by counsel for the

defendant, and Assistant United States Attorney Verne Speirs, counsel for the

government.  As a result of the conference, it is

**ORDERED** as follows:

1.  Jury selection is set for **October 12, 2005**.   The trial of this case is set for the

trial term commencing on **October 12, 2005**, before United States District Judge Myron

H. Thompson and is expected to last one trial day.

2.  There are no motions currently pending.

3.  Proposed voir dire questions shall be filed on or before **October 5, 2005.**

Counsel should not include questions seeking information which is provided in the jury

questionnaire.

4.  All motions in limine shall be filed on or before **October 5, 2005**.  Motions in

limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

5.  Proposed jury instructions shall be filed on or before **October 5, 2005.**

6. The last day on which the court will entertain a plea pursuant to Rule 11(c)

(1)(A) or (C) plea is **October 5, 2005.**  The government and defendant are informed that

if a defendant waits until the last minute to enter a plea, and if that plea, for whatever

reason, is not accepted by the court, the defendant and the government will be expected to

be prepared to go to trial on **October 12, 2005.**  The court will not continue the trial of

this case as to any defendant because a defendant's plea was not accepted.  In other

words, the defendant and the government should not wait until the last minute for a

defendant to enter a guilty plea, and both the defendant and the government should all be

ready to go to trial on **October 12, 2005**, as to all defendants, even though a particular

guilty plea was not accepted by the court.

Done this 21st day of September, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE