## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:1:05-cr-161-T** |
| | ) | |
| **BENNIE DEAN HERRING** | ) | |

### MOTION FOR RELEASE HEARING

**COMES NOW** the Defendant, pro se and by undersigned STANDBY counsel, and respectfully requests that this Court address the matter of his detention or release, as required by F.R.Cr.P 5(d)(3) and 18 U.S.C. § 3141, and that this Court order the Defendant's release pursuant to 18 U.S.C. § 3142.

In support of this Motion, the Defendant, pro se, would show that the factors listed in 18 U.S.C. § 3142(g) support his release, in that:

1. The Defendant is a long-time resident of the Middle District of Alabama and has numerous ties to this area and community.

2. The Defendant's adult children are residents of the Middle District and the Defendant maintains close ties with them.

3. The Defendant lives in his home in Brundidge, Alabama, in the Middle District.

4. The Defendant is self-employed and conducts his business, in part as a trader in heavy equipment and in salvage, in the Middle District.

5. The Defendant has no record of non-appearance for court proceedings.

6. The Indictment alleges commission of two offenses over one year ago, on or about July 7, 2004, and thus do not allege recent criminal activity.

7. The Defendant believes he can make bond on the pending state criminal charge and/or

that such charge will be resolved, as it is based on allegations identical to those in this indictment.

WHEREFORE, Defendant moves this Court to conduct an inquiry into the question of release and to release the Defendant upon execution of an unsecured appearance bond, or on such other nonfinancial conditions as the Court deems appropriate.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org