IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:1:05-cr-161-T** |
| | ) | |
| **BENNIE DEAN HERRING** | ) | |

## MOTION TO DISMISS

Comes the defendant, Bennie Herring, pro se and by STANDBY Counsel and pursuant to Rule 12 of the Federal Rules of Criminal Procedure, and respectfully moves this Court to dismiss this Indictment and prohibit further prosecution of this matter, based on the following grounds:

1. Defendant contends that this because these same factual allegations have been charged as criminal offenses in the state criminal courts of Coffee County, Alabama, the present Court has no jurisdiction over this matter, because Congress rejected the "removal" of criminal cases proposed in 1977 in F.R.Cr.P. 40.1, as set forth in the Historical Notes to F.R.Cr.P. 40.

2. Defendant contends there was not proper issuance of a warrant for his arrest and therefore this Court has no authority to have custody of the Defendant.

3. Defendant contends that the firearms charge against him has been improperly changed from a state misdemeanor to a federal felony, without basis in law.

4. Defendant contends that he is not a convicted felon, because the conviction which is alleged in this indictment is the subject of collateral proceedings in a pending action under 28 U.S.C. § 2255.

Defendant contends that he is unable to provide further citations of authority in support of these grounds, in that he is being improperly held in custody, without consideration of release, and without access to required legal sources, an adequate law library, or his personal papers which are

relevant to this matter.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL for Defendant Herring
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2005,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL for Defendant Herring
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org