**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

September 26, 2005

## *NOTICE OF DEFICIENCY*

TO:          Attorney Christine Freeman

FROM:    Sheila Carnes
             Deputy Clerk

SUBJECT:  United States of America v Bennie Dean Herring
             Cr No. 2:05-cr-161-T
             September 20, 2005, Notice of Appearance

The pdf attached to the September 20, 2005, Notice of Appearance filed in the above-referenced case is styled United States v Barry Q. Purdie (Cr No. 1:05-cr-192-F) rather than United States v Bennie Dean Herring (Cr No. 2:05-cr-161-T). Please immediately furnish this office with the correct pdf document for this entry so that the error may be corrected.

If you have questions regarding this matter, please contact me at 334 954-3972.