IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

**ORDER SETTING EVIDENTIARY HEARING**

Upon consideration of the defendant's motion to suppress filed September 25, 2005, it is

ORDERED that an evidentiary hearing on the motion be and is hereby set on September 29, 2005, at 3:00 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. It is further

ORDERED that the United States shall files its response to the motion not later than noon on September 29, 2005.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding

Done this 27th day of September, 2005.

                                               /s/Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE