IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

ORDER ON MOTION

Upon consideration of the defendant's motion for release hearing (doc. # 15) and as it affirmatively appears from the records of the court that the defendant's presence in this court is secured by a writ and that he is in state custody, it is

ORDERED that the motion for release hearing be and is hereby DENIED.

Done this 27th day of September, 2005.


　　　　　/s/Charles S. Coody　　　　　
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE