# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | **AT** | **MONTGOMERY, ALABAMA** | |
| **DATE COMMENCED:** 9/29/05 | **AT** | 2:59 p.m. to 3:54 p.m. | |
| | | 4:08 p.m. to 4:22 p.m. | |
| **DATE COMPLETED:** 9/29/05 | **AT** | Digital Recorded | |

UNITED STATES OF AMERICA           *
                                   *
      Plaintiff                    *
                                   *
VS.                                *   CASE NO.: 1:05CR161-T-CSC
                                   *
BENNIE DEAN HERRING                *
                                   *
      Defendant                    *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Verne Speirs | * | Atty. Christine Freeman |

### COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY**: WANDA STINSON        **COURT REPORTER**: MITCHELL REISNER

**LAW CLERK**: CORRIE LONG

( X) OTHER PROCEEDINGS: **SUPPRESSION HEARING**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Suppression - 05cr161-T | |
|---|---|---|
| Date | 9/29/2005 | Location: Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2:59:00 PM | Court | Court convenes; parties present as noted; Discussion as to who has the burden ; Suggest that Govt. to proceed first; Question as to which side wish the rule?; |
| 2:59:39 PM | Dean | Iinforms the court that he had just learned of the hearing and had not had time to subpoena anyone; |
| 2:59:43 PM | Court | Do you wish the rule exclude people who are going to be witnesses who are not testifying? |
| 2:59:55 PM | Deft Herring | Request the Rule; |
| 2:59:57 PM | Court | Indivdividuals that are going to testify are excused from the courtroom; |
| 3:00:04 PM | Atty. Speirs | Request swear in all witnesses who are going to testify; |
| 3:00:04 PM | Court | We can do that; |
| 3:00:13 PM | Clerk | Swears in all witness; |
| 3:00:22 PM | Court | Who's your first witness? |
| 3:00:23 PM | Atty. Speirs | Calls Investigator Mark Anderson; testimony begins; Discussion of incident that took place on 7/7/04; Discussion and review of Govt. Exh. #2; Discussion and review of Govt. Exh. #1; Discussion and review of Govt. Exh. #3; Discussion and review of Govt. Exh. #4; |
| 3:00:23 PM | | |
| 3:16:47 PM | Deft Herring | Cross-examination of witness; Discussion as to where witness got information Discussion as to being arrested on outstanding warrant from Dale Co. ; Discussion as to Deputy Bradley statement in file; |
| 3:17:59 PM | Atty. Speirs | Objection as to relevance; |
| 3:18:04 PM | Court | Overruled; |
| 3:18:11 PM | Deft Herring | Cont'd testimony of witness; |
| 3:19:14 PM | Atty. Speirs | Objection as to relevance; |
| 3:19:23 PM | Court | Purpose of question; |
| 3:19:27 PM | Deft Herring | Response; |
| 3:19:49 PM | Court | What's the purpose of questions as to whether the witness knows someone; |
| 3:19:59 PM | Deft Herring | Response; |
| 3:20:05 PM | Deft Speirs | Objection; |
| 3:20:09 PM | Court | Objection sustained; |
| 3:20:18 PM | Deft Herring | Cont'd testimony of witness; Discussion that there were no warrants from Dale Co.; Discussion of problems with the warrant; Discussion of search of vehicle and inventory sheets kept or filed ; Informs court unable to get files; Discussion of statement of Neal Bradley; |
| 3:29:07 PM | Atty. Speirs | Re-direct of witness; Discussion and reivew of Govt. Exh. #5; |
| 3:30:04 PM | Deft Herring | Cross examination of witness; |
| 3:33:00 PM | Court | Witness is excused; |

| | | |
|---|---|---|
| 3 :33:03 PM | Atty. Speirs | Calls Sandi Pope, Warrant Clerk of Coffe Co. Sheriff's Office; |
| 3 :39:13 PM | Deft Herring | Cross-exam of witness; |
| 3 :42:30 PM | Court | Witness is excused; |
| 3 :42:34 PM | Atty. Speirs | Calls Sharon Morgan, Warrant Clerk for Dale Co.; |
| 3 :48:37 PM | Deft Herring | Cross-examination of witness; |
| 3 :49:33 PM | Court | Witness is excused; |
| 3 :49:38 PM | Atty. Speirs | Calls Mary Bludsworth, Circuit Clerk; |
| 3 :53:05 PM | Deft Herring | Cross-examination of witness; |
| 3 :53:35 PM | Court | Witness is excused; |
| 3 :54:09 PM | Atty. Speirs | The govt. has no other witnesses; |
| 3 :54:27 PM | Court | There is another matter the court needs to take care of;  Court is recessed ; |
| 4 :08:59 PM | Court | Court RECONVENES; |
| 4 :09:14 PM | Court | Govt. rest; |
| 4 :09:18 PM | Deft Herring | Calls Neal Bradley; Discussion of truck being impounded; |
| 4 :10:24 PM | Atty. Speirs | Objections; |
| 4 :10:30 PM | Deft Herring | Response; |
| 4 :10:55 PM | Court | Will allow it a little bit; |
| 4 :11:02 PM | Deft Herring | Cont'd testimony of witness; Discussion of statement ; |
| 4 :13:46 PM | Court | Question to witness as to what was found during the search; |
| 4 :14:03 PM | Witness | Response; |
| 4 :16:40 PM | Deft Herring | Cont'd testimony of witness; |
| 4 :17:52 PM | Court | Witness is excused; |
| 4 :18:27 PM | Deft Herring | Calls Sandi Pope; |
| 4 :19:41 PM | Court | Witness is excused; |
| 4 :19:49 PM | Deft Herring | Have no other witness; |
| 4 :20:04 PM | Court | Informed deft that he can testify on his on behalf; |
| 4 :20:12 PM | Atty. Speirs | Discussion as to defts attack of statments made;  Govt. will not seek to introduce those statements at trial except for impeachment; |
| 4 :20:43 PM | Court | Discussion physical evid. seized from truck and deft; |
| 4 :20:54 PM | Deft Herring | Response; |
| 4 :22:42 PM | Court | Court will take matters under advisement. Court is recessed. |