IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 1:05CR161-T-CSC |
| BENNIE DEAN HERRING | * | |
| Defendant | * | |

## WITNESS LIST:

**GOVERNMENT**

1. Investigator Mark Anderson
2. Sandi Pope, Warrant Clerk for Coffee Co.
3. Sharon Moran, Warrant Clerk for Dale Co.
4. Mary Bludsworth, Circuit Clerk Dale Co.

**DEFENDANT**

1. Mr. Neal Bradley
2. Sandi Pope, Warrant Clerk