IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 1:05cr161-T |
| BENNIE DEAN HERRING ) | |

### ORDER

It is ORDERED that the jury selection and trial, now set for October 12, 2005, are reset for October 17, 2005, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 6th day of October, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE