RECEIVED

In THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT

U.S.

v.                                    CASE 1:05 cr 161 T

Bennie Dean Herring

## OBJECTION TO RECOMMENDATION OF MAGISTRATE

1. The very essence of the defendant's argument is that Coffee County deputy Mark Anderson lacked good faith as evidenced by his argument that he was "suckered" into going to the Coffee County impound yard.

2. However that argument was denied him by the magistrate court when Herring was ordered not to proceed in that line of questioning any further.

### Jurisdiction and notice

3. A much larger issue that overides the suppression hearing is the right of an accused to an opportunity to defend himself.

4. One aspect is a notice and opportunity to subponea witnesses to his own hearing.

5. The first Herring knew of the suppression hearing was the morning of September 29.

6. Herring has yet to be noticed or at least recieve a copy of any such notice.

7. Also, the defendant has been denied bail contrary to the U.S. Constitution making immpossible his defense in this case.

8. A magistrate judge is precluded from overseeing a criminal case except for an initial appearence which has been denied Herring in this case.

9. The defendant Herring objects to the jurisdiction of this court and the unusual way his case is being handled.

10. The rights to bail, notice, hearing and a judicial officer of competant jurisdiction have been trashed along with the supreme law of the land i.e., the U.S. CONSTITUTION.

Again the defendant has no access to a copier and the time for his response is limited to the day he recieves notice of the need to respond as he recieved such notice on the date of this response/objection. For that reason he begs this court to ensure this objection is filed with copies to the U.S. Attorney.

Respectfully submitted this October 6, 2005.

Bun Don Herring