# IN THE UNITED STATES DISTRICT COURT FOR THE

# MIDDLE DISTRICT OF ALABAMA

# NOTICE

The law requires that defendants in criminal cases be provided clothing other than prison attire at the time of trial.

It is the responsibility of the attorney who is retained or appointed to represent a defendant to make sure that suitable clothing is available at least one hour prior to jury selection at the lockup where the prisoner is held.

If an attorney is appointed under the Criminal Justice Act and neither the prisoner nor his family can provide clothing, the attorney should advise the court at least four days prior to jury selection in order that the court can make arrangements that such clothing is provided.