# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE     AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __OCTOBER 12, 2005__     AT __2:33__ A.M./P.M.

DATE COMPLETED __OCTOBER 12, 2005__     AT __3:00__ A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 1:05cr161-T |
| ) | |
| BENNIE DEAN HERRING ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Bennie Herring, Pro Se |
| | X | Atty Christine Freeman (standby) |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Sheila Carnes, | Nicole Birch, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   PRETRIAL CONFERENCE

2:33 p.m.   Court convened.
            Conference commenced re Magistrate Judge's Recommendation on
            defendant's motion for summary judgment. Court determined
            that additional evidence is needed; supplemental hearing set
            for Monday, October 24, 2005, at 1:30 p.m.
3:00 p.m.   Court adjourned.