IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| BENNIE DEAN HERRING | ) | (WO) |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 22) and the objections filed by defendant Bennie Dean Herring (Doc. No. 26); and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Bennie Dean Herring's objections (Doc. No. 26) are overruled;

(2) That the recommendation of the United States Magistrate Judge (Doc. No. 22) is adopted; and

    **(3) That defendant Bennie Dean Herring's motion to dismiss (Doc. No. 17) is denied.**

**DONE, this the 12th day of October, 2005.**

                      <u>/s/ Myron H. Thompson</u>
                        **UNITED STATES DISTRICT JUDGE**