IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05CR161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

### PETITION BY PROBATION OFFICER FOR INSTRUCTION REGARDING WAIVER OF CONFIDENTIALITY OF INFORMATION RECEIVED PURSUANT TO COURT DUTIES

Joseph T. Nash, Chief United States Probation Officer, petitions this Honorable Court to instruct him whether it wishes to exercise its discretion to waive the confidentiality, and permit Probation Officer Louis D. Johns to release documentary records or produce testimony of information or records received pursuant to the probation officer's court duties.

1. Officer Johns has been subpoenaed by AUSA Verne H. Speirs to testify in the trial of Bennie Dean Herring which is scheduled before Your Honor for jury selection on October 17, 2005.

2. AUSA Speirs has advised that he needs Officer Johns to provide testimony in the area of positive identification of Herring as the same individual he once supervised and that as a supervised releasee, Officer Johns instructed Herring that he was prohibited from possessing a firearm.

3. Bennie Dean Herring has two prior convictions in this court CR. NO. 89-277-S and CR. NO. 90-252-S both convictions involving violation of Satellite Television Privacy. Officer Johns was the supervising officer for Herring when his term of supervision ended.

4.  Information collected by the Probation Officer in the performance of his/her duties is confidential and may only be disclosed if authorization has been granted by the sentencing court. It is the position of the Office of the General Counsel of the Administrative Office that this information may be disclosed if a court determines that a compelling need for disclosure has been demonstrated.

5.  It is the opinion of the Probation Office that Officer Johns should be allowed to testify in this case since he was the supervising officer for Herring and the U. S. Attorney's Office has a compelling need in this case that could only be satisfied by Officer Johns; testimony.

Joseph T. Nash
Chief United States Probation Officer