# United States District Court

__MIDDLE__ _____ DISTRICT OF _____ __ALABAMA__

UNITED STATES OF AMERICA

v.

BENNIE DEAN HERRING

**SUBPOENA IN A CRIMINAL CASE**

TO:  Buddy Johns
United States Probation Officer
Middle District of Alabama

CASE NUMBER:  1:05cr161-T

☒    YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>One Church Street<br>Montgomery, Alabama | 2E |
| | DATE AND TIME<br>October 12, 2005<br>10:00 a.m. |

☐    YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>DEBRA P. HACKETT | DATE<br>September 29, 2005 |
|---|---|
| (BY) DEPUTY CLERK | |

ATTORNEYS NAME, ADDRESS AND PHONE NUMBER:
Verne H. Speirs,  AUSA
One Court Square, Suite 201
Montgomery, AL  36104
(334) 223-7280

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 09-29-05 | PLACE US Att. Off. |
| SERVED | DATE 9-29-05 | PLACE Via fax. US Probation, Dothan AL |
| SERVED ON (PRINT NAME) Buddy Johns | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES   ☐ NO   AMOUNT $_____ |
| SERVED BY (PRINT NAME) Jennifer Rudden | | TITLE SA |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __9-29-05__
　　　　　　　Date

_____
Signature of Server

2 N. Jackson St. Suite 404
Address of Server
Montgomery AL 36104

ADDITIONAL INFORMATION

SA Jennifer Rudden's Contact No.'s
Off: 334-206-6056
cell: 334-652-4380