IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA    )
                                 )
   v.                    )   CRIMINAL ACTION NO.
                                 )     1:05cr161-T
BENNIE DEAN HERRING       )

ORDER

Upon consideration of the petition for instruction
(Doc. No. 36), it is ORDERED that the government and
defendant Bennie Dean Herring show cause, if any there,
in writing, on or before October, 19, 2005, as to why
said petition should not be granted.

DONE, this the 13th day of October, 2005.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE