IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )        1:05cr161-T
BENNIE DEAN HERRING         )           (WO)
```

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 25) as to "physical evidence" and the objections filed by defendant Bennie Dean Herring (Doc. No. 29); and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That defendant Bennie Dean Herring's motion to suppress (Doc. No. 16) as to "physical evidence" is set for a supplemental hearing on October 24, 2005, at 1:30 p.m. in Courtroom 2E of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The parties are to file supplemental briefs by 1:00 p.m. on October 21, 2005.

DONE, this the 13th day of October, 2005.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE