IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| BENNIE DEAN HERRING | ) | (WO) |

### ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 25), to which no objections have been filed as to "statements"; and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (Doc. No. 25) is adopted as to "statements";

(2) The defendant Bennie Dean Herring's motion to suppress (Doc. No. 16) is granted as to "statements."

DONE, this the 13th day of October, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**