AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

V.

BENNIE DEAN HERRING

**NOTICE**

CASE NUMBER: 1:05-cr-161-T

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SUPPLEMENTAL SUPPRESSION HEARING**

X TAKE NOTICE that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Frank M. Johnson U S Courthouse Complex | October 24, 2005 1:30 p.m. | **October 21, 2005 10:00 a.m.** |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

October 14, 2005
DATE

*[signature]*
(BY) ~~DEPUTY CLERK~~