### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO:1:05-cr-161-T** |
| | ) | |
| **BENNIE DEAN HERRING** | ) | |

### OBJECTION TO NOTICE OF 404(B) EVIDENCE

**COMES NOW** the Defendant, pro se and by undersigned STANDBY counsel, and respectfully OBJECTS, to the Government's request to introduce evidence of the possession in 2002 of a firearm by the Defendant. Such evidence will require a trial in itself and will not contribute to the jury's determination of the issues in this matter. Any probative value of such evidence is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading of the jury, or by consideration of undue delay or waste of time.

Thus, pursuant to Rules 401, 402, and 403 of the Federal Rules of Evidence, as well as the Fifth Amendment right to a fundamentally fair trial and due process, this Court should prohibit the admission of this evidence.

Further, Defendant requests that the Court prohibit any reference to such matters until the Court has ruled on this objection.

WHEREFORE, Defendant moves this Court to hold an evidentiary hearing on this matter and to sustain this objection.

    Respectfully submitted,

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    STANDBY COUNSEL FOR DEFENDANT
    Federal Defenders

Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org