IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                                      ) | CASE NO:1:05-cr-161-T |
| ) | |
| BENNIE DEAN HERRING        ) | |

**NOTICE OF OBJECTION TO PROPOSED JURY INSTRUCTION**

**COMES NOW** the Defendant, pro se and by undersigned STANDBY counsel, and respectfully OBJECTS, to the Government's request that this Court instruct the jury regarding the concept of "deliberate ignorance," as set forth in Government's Proposed Jury Instruction No. 10 at page 12 of the Government's Proposed Jury Instructions.

In *United States v. Prather*, 205 F.3d 1265, 1270 (11th Cir.2000), the Eleventh Circuit said that courts should apply the deliberate ignorance instruction " 'only in those comparatively rare cases where ... there are facts that point in the direction of deliberate ignorance.' " 205 F.3d at 1270. As noted in an unpublished Eleventh Circuit, "the danger of overly liberal use of such an instruction in an inappropriate case is that juries will convict on a basis akin to a standard of negligence: that the defendant should have known that the conduct was illegal." *U.S. v. Warhurst,* 132 Fed.Appx. 795, *799 (11th Cir. 2005) (citation omitted).

Thus, pursuant to the Fifth Amendment right to a fundamentally fair trial and due process, this Court should prohibit the use of this instruction.

Further, Defendant requests that the Court prohibit any reference to such matters until the Court has ruled on this objection.

WHEREFORE, Defendant moves this Court to sustain this objection.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org