Sennie Herring
[address]
Wetumpka, Al. 36092

Dear Ms. Canary and Mr. Spairs,

I apologize for the size of the note-pad but that is all I could buy at the Elmore County jail store, and it cost $3.

Four or five years ago a policeman in OPP Alabama hit a woman in the mouth with a flashlight and was fired.

He went over to Kinston Alabama and was hired there where he attempted two run two ~~women~~ ladies down and extort sexual favors from them. He was unofficially fired there.

He then came over to my home county, Coffee, where he and another "Wannabe" County deputy stopped or attempted to stop a sixteen year old highschool girl after she left a party of her friends. This was about 10:00 Pm and at 12:15 A.m. or thereabout she was dead.

These two wannabes were niether deputies nor on official cars the rumor goes.

The two thugs would cut the little girl off on one end and the state trooper involved would cut her off on the other end.

They terrified the young girl I am told for two hours while she tried frantically to get back home.

After the deputies got in behind the girl, the driver gained in distance untill he was bumper to bumper behind the girl as they crossed a creek bridge. He either bumped her car or she lost control resulting in her car leaving the road and overturning.

After the wreck a registered nurse giving the girl CPR was made to leave by the deputies that were on the scene. By then there were other true deputies that were involved in the post-accident procedures, on the scene.

A person that I think saw deputies attempting to change the unmarked

(5)

car for another one was told to leave.

The girls father was a friend of mine and when I went to console him he told me some of the details.

He told me that someone immediately started rumors on the girl, going with blacks, on drugs, drinking etc. None of them were true but had been effective in trashing the girls excellant reputation and causing the severe heartachs caused by the

(6)

family.

The most depressing affect was the failure or refusal of anyone to defend the girl relative to enforcement agencies. None of them would truly investigate the Coffee County Sheriff's Department. The father was in tears, thus, I informed him that I would do it and have faithfully kept my word.

However it has cost me almost everything I owned and several nights

(7)

in jail.

The wannabe task forces officer that I went after is the arresting officer in this case, Mark Anderson.

I won't go into detail as to my investigation untill later or untill I can trust somebody to do what is right.

Additionally, the district attorney who I went to with my findings is planning to run for Attorney General and I believe that is the reason he dumped

(8)

this case on this office. He knows Mark Anderson and Anderson's reason for filing the post-dated complaint is going to be the nexus of any state court trial. He also knows there will be be a jury trial.

I have some other filings and copies of filings that show a pattern of fraudulently created complaints and warrants and will be happy to go over them with you.

However I cannot and will not attempt to further

⑨

prepare for trial from this,
the Elmore County Jail.
It is impossible and
a waste of time.
   As to the accident that
cost the girl's life there
are other complex areas
and unknown, to you,
players that need not
be addressed at this time.
Some of those people
you know.
   In that light I beg
you to keep this letter
private and confidential
at least untill one of you
interview me and before
I can go to the media.

⑩

I have never betrayed anyone
in my life knowingly
and you have my promise
in that respect should you
find merrit in my claims.

Sincerely yours
May God Bless you
[signature]

Case # 1:05 cr 161-J

P.S. I still have not had
a initial appearence in either
state of federal court. Also
I am yet to have recieved
a copy of the executed federal
warrant.

⑪

Sometimes these
people open even
legal mail. Please
record this note and
notice to see if the
envelope was opened.
Also keep the original
envelope as my handwriting
is obvious.