# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. ___MYRON H. THOMPSON,___ JUDGE          AT ___MONTGOMERY,___ ALABAMA

DATE COMMENCED ___OCTOBER 17, 2005___        AT _____10:25_____ A.M./P.M.

DATE COMPLETED ___OCTOBER 17, 2005___        AT _____11:33_____ A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )
     v                            )
                                  )
BENNIE DEAN HERRING               )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Bennie Dean Herring, Pro Se |
| | X | Christine Freeman (advisory |
| | X | counsel) |
| | X | |

COURT OFFICIALS PRESENT:

| Sheila Carnes, | Nicole Birch, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

JURORS:

| | | | |
|---|---|---|---|
| 1) | Clifford Lewis Prevo | 7) | LaShunda F Hill |
| 2) | Chris Edwin Pressley | 8) | Royce S. Hall |
| 3) | Steven Clifton Elrod | 9) | Charles Dan Tice |
| 4) | Athwart Jeff Harris | 10) | John Paul Stanford, Jr. |
| 5) | Jeffery Dale Patterson | 11) | Steven H. Pinckard |
| 6) | Donald K. Battle | 12) | Michelle M. Hilyer |

ALTERNATE JURORS:

| | | | |
|---|---|---|---|
| 13) | Michaela Michelle Hensley | 14) | Shahrazad Thomas |

## JURY SELECTION

| | |
|---|---|
| 10:00 a.m. | Court convened. |
| | Voir dire begun; jury selection held. |
| 11:20 a.m. | Jury seated; remaining jurors discharged. |
| | Jury excused until Tuesday, October 25, 2005, at 9:00 a.m., with directions to report at 8:45 a.m. |
| 11:25 a.m. | Defendant heard re alleged violation of Speedy Trial Act; defendant directed to file a written motion to dismiss re alleged Speedy Trial Act violation, if he desires; and Attorney Freeman directed to make sure that the defendant has a complete copy of his case file.  Any necessary motions in limine may be filed. |
| 11:33 a.m. | Court adjourned. |