IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )     CRIMINAL ACTION NO.
                                )         1:05cr161-T
BENNIE DEAN HERRING             )

<u>ORDER</u>

It is ORDERED that defendant's objection to proposed jury instructions and objection to Rule 404(b) evidence (Doc. Nos. 44 & 45) and the government's motion in limine (Doc. No. 46) are set for submission, without oral argument, on October 19, 2005, with all briefs due by said date.

DONE, this the 17th day of October, 2005.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE