In THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT.

U.S.

VS                          # 1:05 cr 161 T

Bennie Dean Herring
           def.

## MOTION TO DISMISS AND IMMEDIATE RELEASE

Now comes the above named defendant moving this court to dismiss the above styled criminal complaint and order the immediate release of the petitioner pursuant to 18-USC-3161,3164.

### AFFIDAVIT

1. I am Bennie Herring the above named defendant.

2. I was arrested on June 7, 2005 on a federal warrant and placed in the Coffee County Jail.

3. That detention has been continued and now is approaching 140 days.

4. I have not waived or otherwise violated my rights under the sixth amendment.

5. Wherefore I demand the charges against me be dismissed and that I be released immediately.

witt: Christin N.                    Respectfully submitted this 10-17-05
witt:                                Bennie Dean Herring

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:1:05-cr-161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

<div style="margin-left:40%">

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

</div>