IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
 v. ) CRIMINAL ACTION NO.
) 1:05cr161-T
**BENNIE DEAN HERRING** )

<u>ORDER</u>

It is ORDERED that defendant's motion to dismiss (Doc. No. 49) is set for submission, without oral argument, on October 19, 2005, with all briefs due by said date.

DONE, this the 18th day of October, 2005.

<u>  /s/ Myron H. Thompson  </u>
**UNITED STATES DISTRICT JUDGE**