IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v.   ) | CR. NO. 1:05cr161-T |
| ) | |
| BENNIE DEAN HERRING ) | |

UNITED STATES' RESPONSE TO
DEFENDANT'S MOTION TO DISMISS

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby requests that this Honorable Court deny Defendant's Motion to Dismiss. As grounds in support of this motion, the United States sets forth the following:

FACTS

Herring was indicted on June 29, 2005, for a violation of Title 18 U.S.C. 922(g)(1), felon in possession of a firearm, and for a violation of Title 21 U.S.C. 844(a), Simple Possession of a Controlled Substance. On August 11, 2005, the Honorable Charles S. Coody, Chief United States Magistrate Judge, issued an Order directing a Writ of Habeas Corpus Ad Prosequendum be issued to the Coffee County Jail, New Brockton, Alabama, commanding them to deliver Herring to the United States Marshals Service for arraignment. At the time, Herring was incarcerated in Coffee County on state charges. Herring was arraigned in the United States District Court for the Middle District of Alabama on August 17, 2005, before Judge Coody.

Currently, Herring seeks dismissal and immediate release based upon his notion of Title 18,

U.S.C. § 3161 and § 3164. The United States construes Herring's motion as an alleged violation of the Speedy Trial Act. Herring's motion is without merit.

ANALYSIS

A trial must commence within seventy (70) days of the return of the indictment, or from the date the defendant appeared before a judicial officer of the court in which the charge is pending, whichever date last occurs. See 18 U.S.C. § 3161(c)(1); United States v. Hermanski, 861 F.2d 1240 (11th Cir. 1988). The clock does not begin to run when the defendant is brought before any court - the appearance must be before a magistrate or judge in the district where the charges are pending. United States v. Wilkerson, 170 F.3d 1040 (11th Cir. 1999).

Applying the aforementioned law, Herring's 70 day clock began August 17, 2005. This matter is set for trial October 25, 2005. Accordingly, Herring's trial will commence within 70 days of his arraignment on the instant charges. Herring's computation of 140 days is specious.

For the reasons stated above, the defendant's motion should be denied.

Respectfully submitted this 18th day of October, 2005.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        1 Court Square, Suite 201
        Montgomery, Alabama 36104
        (334) 223-7280
        (334) 223-7135 Fax
        verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine Freeman.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov