## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   **CASE NO:1:05-cr-161-T** |
| | ) |
| **BENNIE DEAN HERRING** | ) |

### DEFENDANT'S OPPOSITION TO PETITION BY PROBATION OFFICER

The Defendant, pro se and by undersigned STANDBY counsel, respectfully files this Notice of his Objection and Opposition to the Petition by Probation Officer (D.E. 36).

That Petition alleges that the United States has a "compelling need" for the testimony of U.S. Probation Officer Buddy Johns, which is apparently sought "to provide testimony in the area of positive identification of Herring as the same individual he once supervised and that as a supervised releasee, Officer Johns instructed Herring that he was prohibited from possessing a firearm." (D.E. 36, paragraphs 2, 5).

Defendant objects that the United States does not have a compelling need for this testimony. The United States has provided Defendant with discovery which indicates that it is prepared to present fingerprint evidence which will identify the Defendant as the person who received a prior felony conviction. Thus, Officer Johns' testimony is not needed on the question of identification. (Indeed, Defendant may determine that he should stipulate to this fact; see *Old Chief v. United States*, 519 U.S. 172 (1997); *United States v. Hardin*, 139 F.3d 813 (11th Cir. 1998).

In addition, instruction by a probation officer is not determinative of a defendant's culpability under 18 U.S.C. § 922(g)(1). This is a strict liability offense. In fact, the government is not even required to prove that the Defendant is aware he had a prior conviction. *United States v. Jackson*, 120 F.3d 1226 (11th Cir. 1997).

"In a case addressing the appropriateness of disclosing presentence reports to third persons, the Second Circuit Court of Appeals has set forth a standard for determining when a compelling reason has been shown. See *United States v. Charmer Industries, Inc.*, 711 F.2d 1164 (2d Cir. 1983) ("Charmer I"). According to the Second Circuit, a compelling reason is shown when 'lifting confidentiality is required to meet the ends of justice.' . . . . The court has a 'fair measure of discretion' in determining whether a compelling reason has been stated. . . . In exercising its discretion, the court must weigh the competing interests of the [requesting] party's alternative avenues for obtaining the information he or she seeks against the need for ensuring confidentiality." *In re Sem,* 1996 WL 192925, *1 (D.Vt. 1996) (denying third party's request to depose U.S. Probation Officer as part of domestic litigation); see also *$2,500 in United States Currency*, 689 F.2d at 16 ("Absent some showing of special need by [the requesting party], we see no reason to breach the confidentiality of the Probation Department's post-sentencing supervisory reports.").

Thus, under the circumstances and law applicable to this case, there is no compelling need for the testimony of Officer Johns. Therefore, this Court should not authorize the disclosure of the proposed information.

WHEREFORE, Defendant requests that this Court sustain his objection to such testimony.

>Respectfully submitted,
>
>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>STANDBY COUNSEL FOR DEFENDANT
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street , Suite 407
>Montgomery, AL 36104
>TEL:   (334) 834-2099

FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org