**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO:1:05-cr-161-T |
| ) | |
| BENNIE DEAN HERRING ) | |

**DEFENDANT'S MOTION IN LIMINE**

The Defendant, pro se and by undersigned STANDBY counsel, respectfully files this Motion to exclude any evidence the United States seeks to introduce at trial regarding the following:

(1) the existence or discovery of a knife in Defendant's truck on or about July 7, 2004, at the time of the alleged discovery of the firearm at issue in this case;

(2) the existence of ammunition or fuses or other items in Defendant's truck on or about July 7, 2004, at the time of the alleged discovery of the firearm at issue in this case.

In support of this Motion, the Defendant would show that the instant charges do not depend on the existence or presence of either the knife or the ammunition. Neither possession is charged as a law violation by the Indictment in this case. In addition, the ammunition found did not match and was not useable by the firearm charged in this Indictment. Thus, neither the possession or presence, or not, of the knife, ammunition, fuses or any items other than the charged firearm is relevant to the matters at issue in this case.

Therefore, any such testimony should be excluded pursuant to Rules 401 and 403 of the Federal Rules of Evidence.

WHEREFORE, Defendant requests that this Court sustain his objection to such testimony and direct the United States, its counsel, and its witnesses not to discuss or elicit testimony regarding such matters.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
STANDBY COUNSEL FOR DEFENDANT
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org