In The United States Court For The Middle District of Alabama

U.S.

vs

Bennie Dean Herring

Case # 1:05 cr 161 T

## Motion To Produce And Motion For Immediate Release

1. The defendant "Herring" was arrested in Coffee County Alabama on June 7, 2005.
2. The arrest was based on a federal warrant according to county officials, at least in part.
3. Herring was then picked up by federal marshalls on a <u>Writ Of Habeas Corpus</u> which is the subject of this filling.
4. The "Writ" was signed by a deputy clerk from the District Clerks office.
5. Federal statute allows only a Supreme Court justice, a Circuit judge or a district judge to sign or issue such writ, <u>28 USC 2241</u>.
6. Furthermore the "writ" must be preceeded by an "application", <u>18 USC 2242</u>.
7. Upon the filing of an application the judicial officer shall either grant it or order the responding party to "show cause" why the writ should not issue, <u>18 USC 2243</u>.

8. Apparently there is also an executed warrant as the result of an affidavit sworn to and signed by Jennifer Ruddin, special agent with the ATF, Alcohol, Tobacco and Firearms.

9. The warrant or the writ one is the basis of my continuous detention now for almost five (5) months.

10. If there is no warrant, then, for the first time in history a habeas corpus writ has been used to guarentee the continued confinement of an accused, reversing the effect and trashing the spirit of the supreme law of the land, ie, the U.S. Constitution.

RELIEF SOUGHT

11. Herring moves this court to order the production of;
   (a) an application for a Writ of Habeas Corpus;
   (b) the writ signed by someone authorized to sign pursuant to 18 USC 2241;
   (c) any response to a show cause, if any;
   (d) a copy of any executed warrant giving this court jurisdiction of my being;
   (e) any authority used by the magistrate court giving it jurisdiction over a

habeas proceedings

(f) any authority that allows a habeas petition to be used to deny bail.

12. There is in this court a habeas petition 1:05 cv 563 T that predates the petition made the subject of this motion.

13. Contrary to 18 USC 2243 Herring is the respondant to three (3) show cause orders originating in the magistrate court.

14. Herring moves this court to order the magistrate court to furnish any authority it relied on to make the inmate the respondant in three show cause orders.

Respectfully submitted this Oct. 20, 2005.

*[signature]*