In The United States Court For The Middle District of Alabama

U.S.
vs.
Bennie Dean Herring def

Case # 1:05 cr 161 T

## Motion and Affidavit In Support of Suppression

1. Comes now the above named defendant moving this Court to suppress the evidence purportedly obtained on July 7, 2004 by Coffee County deputy Mark Anderson.

2. Mark Anderson testified that his arrest of the defendant was based on a good faith belief in non-extant warrants and that he had no knowlege that the defendant Herring was privately investigating the death and investigation of that death involving a sixteen (16) year old high school student from Coffee County.

3. Herring gives this affidavit in support of the argument that Anderson was not acting in good faith.

### Affidavit

4. I am Bennie Herring the above named defendant

5. Approximately four (4) years ago I went to visit a friend of mine named Wallace Clark who had lost a 16 year old daughter in a wreck involving the Coffee County Sheriff's office.

6. Wallace told me that his daughter had been killed and her reputation slandered by the Coffee County Sherriff's office.

7. He told me no one would listen or help him as the result of rumors started by the deputies involved in the fatal wreck.

8. Rumors circulated that his daughter was on drugs, drinking, inter-racially dating, driving wreckless, etc.

9. My investigation and subsequently the County's own proved the rumors were designed to cover over any bad publicity the Sheriffs Department might be exposed to.

10. My personal investigation then targeted the officer responsible for the accident or murder according to which version a person takes.

11. My opinion is that it was manslaughter

Followed by a cover up including purjured testimony before a county grand jury.

12. My investigation indicates that Anderson and the other occupant of the second car involved in the fatal wreck were niether county deputies at that time and possibly on a private vehicle. They were wan-na-bees.

13. The second person never became one.

14. I can detail the findings of my investigation for this court at any time if needed however, for the purpose of economizing this courts precious time I will not do it in this affidavit.

15. At the same time it is essential that I state to this court that Anderson did know of my investigation and his arrest of me was designed to do just what it did. That was not the first attempt of Anderson's to compromise my efforts relative to the death of Wallace Clarks daughter and the clearing of her name.

16. I have been unable to make the interveiws needed to defend myself as a result of the unlawful arrest.

17. I also believe the case was moved to federal court in order for Coffee County officials to avoid me making Anderson the central point of any defense, and to thier embarrosment.

Further the affiant sayeth not

*[signature]*

Wit: *[signature: Jerry Scott Mixon]*
Wit: *[signature]*