# **MINUTES**

```
            IN THE UNITED STATES DISTRICT COURT FOR THE
              MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

HON.  __MYRON H. THOMPSON,__  JUDGE           AT  __MONTGOMERY,__  ALABAMA

DATE COMMENCED  __OCTOBER 21, 2005__           AT      __10:18__       A.M./P.M.

DATE COMPLETED  __OCTOBER 21, 2005__           AT      __11:40__       A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
|                           ) | |
|     v                     ) | Cr No. 1:05cr161-T |
|                           ) | |
| BENNIE DEAN HERRING       ) | |

---

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Bennie Dean Herring, Pro Se |
| | X | Atty Christine Freeman (advisory |
| | X |    counsel) |
| | X | |

| COURT OFFICIALS PRESENT: | | |
|---|---|---|
| Mitchell Reisner, | Sheila Carnes, | Nicole Birch, |
|   Court Reporter | Courtroom Clerk | Law Clerk |

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   MOTION HEARING

```
10:18  a.m.    Court convened; motion hearing commenced.
               Defendant's oral request to remove handcuffs granted.
               I    Supplemental hearing on defendant's motion to suppress
                    (16): evidence presented; matter taken under
                    advisement.
               II   Defendant's motion to dismiss (re Speedy Trial
                    violation, 49):  evidence presented; matter taken under
                    advisement.
               III  Government's motion in limine (46): motion granted,
                    subject to reconsideration, as stated on the record.
               IV   Defendant's motion in limine (56) - matter taken under
                    advisement.
               Additional motions received during the hearing will be
               addressed prior to trial.
11:40  a.m.    Hearing adjourned.
```