IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA   )
                           )
    v                      )     Cr No. 1:05cr161-T
                           )
BENNIE DEAN HERRING        )

GOVERNMENT                                DEFENDANT

WITNESS LIST

1) Sharon Morgan                      2) Bennie Dean Herring

3) Jennifer Rudden