| | | | | | UNITED STATES |
|---|---|---|---|---|---|
| | Govt's<br>EXHIBITS | | | | v |
| MOTION HEARING COMMENCING 10/21/05 | | | | | BENNIE DEAN HERRING<br>Cr No. 1:05cr161-T |

| | | | | | | JUDGE MYRON THOMPSON, PRESIDING<br>Mitchell Reisner, Court Reporter |
|---|---|---|---|---|---|---|
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 10-21-05 | 10-21-05 | 1 | Morgan | | Arrest Warrant - Dale County, Alabama |
| | | 10-21-05 | 2 | Morgan | | Transcript |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBIT LOCATED IN EXPANSION<br>FOLDER WITH CASE FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | |