| | | | | | UNITED STATES<br><br>v<br><br>BENNIE DEAN HERRING<br>Cr No. 1:05cr161-T |
|---|---|---|---|---|---|

Dft's
EXHIBITS

MOTION HEARING COMMENCING 10/21/05

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | JUDGE MYRON THOMPSON, PRESIDING<br>Mitchell Reisner, Court Reporter |
| Yes | 10-21-05 | 10-21-05 | 1 | Herring | | Coffee County Records - Bennie Dean Herring |
| Yes | 10-21-05 | 10-21-05 | 2 | Herring | | Complaint and Warrant in 1:05mj69CSC |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS LOCATED IN AN EXPANSION FOLDER WITH CASE FILE |