In The United States Court for The
Middle District of Alabama

U.S.
vs                                          Case # 1:05cr161T
Bennie Dean Herring def.

Complaint Against Investigator And
Motion For Release And Clarification

Again the defendant comes to this court for relief asking that his release be ordered immediately and for the following reasons:

1. The speedy trial act demands his release in that he has continuously been confined for more than ninety (90) days.

2. Herring, the defendant is proceeding pro se and has been denied access to a legal library by three jails for the entire time of his confinement except for two thirty minute sessions in Coffee County.

3. This court assigned him an investigator from the federal defenders office named Dan Carmichael.

4. After a heated discussion the defendant instructed the investigator specifically who to interview and who not to interview.

5. Carmichael ignored the defendant Herring instructions and interviewed on at least

two occasions the people he was specifically instructed not to interveiw.

6. Cormichael has yet to report the instructed interveiws if there has been any.

7. It is the opinion of Herring that Cormichael is simply running up a bill and any associated expenses.

8. He was not authorized to make some that I know of and I instruct this court to deny his re-imbursement and or pay.

9. As of this filing I am confined without the interveiws I need to prepare for trial.

10. Additionally, Mr Cormichael no longer works for my defense and I will not re-imburse the government for his unauthorized services.

11. Again I beg this court to order my release as I am in federal custody pending trial.

12. For the purpose of trial preparation a persons jurisdiction cannot be split.

13. Such split places him in a situation where double jepoardy is inherent.

Respectfully Submitted this Oct-19-2005

Burr D. Henry