IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | (WO) |

## ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (Doc. No. 25) as to "physical evidence"; after an independent and de novo review of the entire record, including the transcripts of the hearing before the magistrate; and after conducting a supplemental hearing on the motion, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Bennie Dean Herring's objections (Doc. Nos. 29, 30, 31) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. No. 25) is adopted as to

      "physical evidence," albeit for slightly different reasons.

(3) The defendant Herring's motion to suppress (Doc. No. 16) is denied as to "physical evidence."

An opinion will follow later.

DONE, this the 24th day of October, 2005.

          /s/ Myron H. Thompson
      **UNITED STATES DISTRICT JUDGE**