# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MYRON H. THOMPSON,  JUDGE           AT    MONTGOMERY,    ALABAMA

DATE COMMENCED   OCTOBER 25, 2005         AT         9:09         A.M./P.M.

DATE COMPLETED   OCTOBER 25, 2005         AT         10:15        A.M./P.M.

```
UNITED STATES OF AMERICA          )
                                  )
     v                            )     Cr No. 1:05cr00161-T
                                  )
BENNIE DEAN HERRING               )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Bennie Dean Herring, Pro Se |
| | X | Atty Christine Freeman (advisory |
| | X | counsel) |
| | X | |

**COURT OFFICIALS PRESENT:**

| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

JURORS

| 1 Clifford Lewis Prevo | 7 LaShunda F. Hill |
|---|---|
| 2 Chris Edwin Pressley | 8 Royce S. Hall |
| 3 Steven Clifton Elrod | 9 Charles Dan Tice |
| 4 Athwart Jeff Harris | 10 John Paul Stanford, Jr. |
| 5 Jeffery Dale Patterson | 11 Steven H. Pinckard |
| 6 Donald K. Battle | 12 Michelle M. Hilyer |

ALTERNATES

13 Michaela Michelle Hensley         14 Shahrazad Thomas

# JURY TRIAL

**10-25-05:**

9:09 a.m.    Court convened.
             Defendant's oral objection to trial:
                  - no law library (in jail)
                  - custody status
                  - shackled during prior court proceedings

```
MINUTES
JURY TRIAL BEFORE JUDGE MYRON H. THOMPSON
CR NO 1:05cr161-T, USA v BENNIE DEAN HERRING
```

|  |  |
|---|---|
|  | Objection overruled; no prejudice established. |
|  | All witnesses (present) sworn. |
|  | Rule invoked. |
|  | Preliminary matters: |
|  | 1) Defendant's [49] Motion to dismiss (re Speedy Trial); order to issue denying motion. |
|  | 2) Government's 404(b) evidence; issue reserved until portion of the evidence is presented. |
|  | 3) Defendant's [56] motion in limine; objections sustained at this time; **ORAL ORDER** granting motion, at this time (re lego box, knife and ammunition. |
|  | 4) Defendant reminded that government's motion in limine has been previously granted and that there should be no mention of the death of Clark. |
|  | 5) Defendant's pending release motions to be denied. |
| 9:20 a.m. | Jury seated and sworn. |
|  | Court's preliminary instructions to the Jury. |
| 9:27 a.m. | Government's opening statement (8 minutes). |
| 9:35 a.m. | Defendant's opening statement (3 minutes). |
| 9:39 a.m. | Government's evidence commenced. |
| 9:46 a.m. | Jury excused (re Anderson's reference to statement). |
|  | Defendant's **ORAL MOTION** for Mistrial; oral argument heard. |
| 9:55 a.m. | Break. |
| 10:10 a.m. | Order to issue granting defendant's motion for mistrial and declaring a mistrial. |
| 10:12 a.m. | Jury seated and discharged. |
| 10:14 a.m. | Case will be set for trial during the November 7, 2005, term of court, as stated on the record. |
| 10:15 a.m. | Court adjourned. |