IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
   v ) Cr No. 1:05cr161-T
)
BENNIE DEAN HERRING )

GOVERNMENT                            DEFENDANT

<u>WITNESS LIST</u>

1) Mark Anderson