IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       1:05cr161-T
BENNIE DEAN HERRING         )
```

## ORDER

It is ORDERED that defendant Bennie Dean Herring's motion to produce and motion for immediate release (Doc. No. 58) are denied.

DONE, this the 25th day of October, 2005.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE