IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | |

### ORDER

It is ORDERED that defendant Bennie Dean Herring's motion to dismiss (Doc. No. 59) is denied and his objection (Doc. No. 59) is overruled, for the reasons stated in open court on October 25, 2005.

DONE, this the 25th day of October, 2005.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE