IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | |

### ORDER

It is ORDERED that defendant Bennie Dean Herring's motion for release and clarification (Doc. No. 62) is denied.

It is further ORDERED that defendant Herring's "complaint against investigator" (Doc. No. 62) is overruled.

DONE, this the 25th day of October, 2005.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**