IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
       v.                     )    CRIMINAL ACTION NO.
                              )        1:05cr161-T
BENNIE DEAN HERRING           )

ORDER

It is ORDERED that defendant Bennie Dean Herring's motion in limine (Doc. No. 56) is conditionally granted as set forth in open court.

DONE, this the 25th day of October, 2005.

              /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE