IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | |

### ORDER

It is ORDERED that the government's motion in limine (Doc. No. 46) is conditionally granted as set forth in court on October 21, 2005.

DONE, this the 25th day of October, 2005.

  /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**