IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
       v.                    )    CRIMINAL ACTION NO.
                             )       1:05cr161-T
BENNIE DEAN HERRING          )
```

<u>ORDER</u>

For the reasons stated in open court on October 25, 2005, it is ORDERED as follows:

(1) A mistrial is declared.

(2) The jury selection and trial of this case are reset for November 7, 2005, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 25th day of October, 2005.

           <u>/s/ Myron H. Thompson</u>
         UNITED STATES DISTRICT JUDGE