**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

October 26, 2005

## NOTICE OF CORRECTION

TO:         Attorney Christine Freeman

FROM:       Sheila Carnes, Deputy Clerk

SUBJECT:    United States v Bennie Dean Herring
            Criminal Number 1:05cr161-T
            DN 53, "Motion to Dismiss Brief in Support"

Document number 53, "Motion to Dismiss Brief in Support," was filed by your office on behalf of defendant Herring on October 19, 2005, as a <u>motion</u> but is actually a <u>brief</u> in support of a motion to dismiss. Judge Thompson has directed that the pending motion created by this docket entry be terminated from his pending motions report.

Parties are hereby notified of the docket correction.