IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO:1:05-cr-161-T |
| ) | |
| BENNIE DEAN HERRING ) | |

## NOTICE OF CONFLICT

**COMES NOW** the undersigned appointed Standby Counsel, Christine A. Freeman, and notifies the Court that a conflict of interest will be created if the Government is permitted to call Mickey Wambles as a witness on behalf of the prosecution in this matter.

As set out in Defendant's Motion to Exclude and Prohibit all Reference to Proposed Evidence (D.E. 76), calling this former client of the office of undersigned counsel will create a conflict which would be *per se* error in this matter.  See, e.g., United States v. Culp, 934 F.Supp. 394 (M.D. Fla. 1996) (where vigorous representation of defendant would require attorney to act in manner adverse to interests of his former client, actual conflict of interest existed requiring disqualification of defense counsel -- "under the ethical canons a duty of loyalty exists apart and distinct from the duty to maintain client confidences").

    Respectfully submitted,

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    STANDBY COUNSEL for Bennie Herring
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407

>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Defendant
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street , Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org