# **MINUTES**

```
            IN THE UNITED STATES DISTRICT COURT FOR THE
              MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

HON.   MYRON H. THOMPSON,   JUDGE                AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   NOVEMBER 4, 2005              AT       10:30      A.M./P.M.

DATE COMPLETED   NOVEMBER 4, 2005              AT       11:00      A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 1:05cr161-T |
| ) | |
| BENNIE DEAN HERRING ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Bennie Dean Herring, Pro Se |
| | X | Atty Christine Freeman, Standby |
| | X | Counsel |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   MOTION HEARING


10:30  AM     Court convened.
              Motion hearing commenced on defendant's Motion to Exclude
              Witness Wamble (76) and Notice of Conflict. Evidence
              presented. Motion to exclude will be granted, as stated on
              the record. Defendant's **oral motion** to dismiss (double
              jeopardy); **oral order** denying motion. Government's oral
              objection to ruling on motion to exclude.
11:00 AM      Hearing concluded; court adjourned.