IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Cr No. 1:05cr161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

GOVERNMENT                                                    DEFENDANT

WITNESS LIST

1) Jennifer Rudden