IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIM. ACTION NO. |
| ) | 1:05cr161-T |
| BENNIE DEAN HERRING.   ) | |

## VERDICT

As to the charge in Count I of the indictment, we, the jury, find the defendant, Bennie Dean Herring,

_____  NOT GUILTY

\_\_X\_\_  GUILTY

As to the charge in Count II of the indictment, we, the jury, find the defendant, Bennie Dean Herring,

_____  NOT GUILTY

\_\_X\_\_  GUILTY

SO SAY WE ALL.

_____
Foreperson

DATED: _November 8, 2005_