## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   NOVEMBER 7, 2005           AT        10:19        A.M./P.M.

DATE COMPLETED   NOVEMBER 8, 2005           AT        2:02         A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )
        v                         )      Cr No. 1:05-cr-161-T
                                  )
BENNIE DEAN HERRING               )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne Speirs | X | |
| | X | Bennie Dean Herring, Pro Se |
| | X | Atty Christine Freeman (standby |
| | X |   counsel) |
| | X | |

### COURT OFFICIALS PRESENT:

| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

### JURORS

| | |
|---|---|
| 1)  Thomas H. Straiton, Jr. | 7)  Cheryl Lynn Wells |
| 2)  Ashley Dawn Dunaway | 8)  Charles J. Gross, Jr. |
| 3)  Stephen Bartley King | 9)  Lisa Ann Miska Vercelli |
| 4)  Thomas Andrew Pritchard | 10) Jessie Charles Cutts |
| 5)  Irene Ferguson Hughes | 11) Rusty Lee Rogers |
| 6)  Deborah P. Strickland | 12) Nancy Carol Hamm |

### ALTERNATE(S)

13) William J. Forshey, Jr.

## JURY SELECTION AND TRIAL

**11-7-05:**

| | | |
|---|---|---|
| 10:19 | a.m. | Court convened. |
| | | Multiple voir dire commenced in Cr Nos 2:05cr177-T (USA v Darby) and 1:05cr161-T (USA v Herring). |
| 11:40 | a.m. | Jury Selection held. |
| 11:55 | a.m. | Jury seated and excused for lunch. |
| 11:58 | a.m. | Remaining jurors discharged. |
| 12:00 | a.m. | Preliminary matters: |
| | | 1) Opening statements - ten minutes; |
| | | 2) Parties were reminded of court's rulings on  motions in limine; |
| | | 3) Defendant's objection to government's witnesses; objection overruled. |

MINUTES
JURY TRIAL commencing November 7, 2005, before Judge Myron Thompson
CA No. 1:05cr161-T, USA v Bennie Dean Herring

| | |
|---|---|
| 12:03 p.m. | Lunch. |
| 1:18 p.m. | Jury seated and sworn. |
| | Court's preliminary instructions to jury. |
| 1:26 p.m. | Government's opening statement (eight minutes). |
| | Defendant's opening statement (four minutes). |
| 1:35 p.m. | Government's evidence commenced. |
| 1:50 p.m. | Sidebar (off the record). |
| 2:00 p.m. | Break (jury excused). |
| 2:03 p.m. | Parties heard re proposed testimony of Anderson. |
| | Break. |
| 2:21 p.m. | Parties heard (outside of jury's presence) re legality of stop. |
| 2:23 p.m. | Jury seated; evidence continued. |
| 2:43 p.m. | Jury excused (proposed testimony of Anderson re "other weapon"). |
| 2:45 p.m. | Break (Court Reporter to locate prior testimony of Anderson). |
| 3:00 p.m. | Oral argument heard re "other weapon." |
| 3:03 p.m. | Jury seated; evidence continued. |
| 4:14 p.m. | Jury excused. |
| | Government's request to present 404(b) evidence (witness Glen); defendant's objection; oral argument heard. |
| 4:25 p.m. | Break. |
| 4:45 p.m. | Court directs that evidence is admissible; order to issue; defendant's oral objection. |
| | Jury seated; evidence continued. |
| 4:54 p.m. | Government rests. |
| | Jury excused. |
| | Defendant's **ORAL MOTION** for Judgment of Acquittal: |
| | 1) Count One - oral argument heard; ruling reserved. |
| | 2) Count Two - oral argument heard; ruling reserved. |
| | **ORAL ORDER** directing the government to file a response to defendant's motion for judgment of acquittal by 8:30 a.m., 11/8/05. |
| 5:09 p.m. | Jury seated and excused until (8:45) 9:00 a.m., 11/8/05 |

**11-8-05:**

| | |
|---|---|
| 9:03 a.m. | Court reconvened; trial continued. |
| | Government moves for admission of Government's Exhibit #5; defendant's objection; exhibit admitted by the court. |
| | Defendant's oral argument for reconsideration of ruling on motion for judgment of acquittal; matter will be revisited at the close of defendant's evidence. |
| 9:09 a.m. | Jury seated; defendant's evidence commenced. |

MINUTES
JURY TRIAL commencing November 7, 2005, before Judge Myron Thompson
CA No. 1:05cr161-T, USA v Bennie Dean Herring


9:15 a.m.       Jury excused (re Agent Rudden's testimony).
                Defendant's **ORAL MOTION** for Mistrial; oral argument heard;
                **ORAL ORDER** denying motion for mistrial, as stated on the
                record.
9:26 a.m.       Jury seated; defendant's evidence continued.
9:37 a.m.       Defendant rests.
                No government rebuttal evidence.
9:38 a.m.       Jury excused.
                Witness oath issued to defendant; defendant's oral
                representation that he does not desire to testify.
                Defendant's **Renewed ORAL MOTION** for Judgment of Acquittal
                (at the close of all evidence); oral argument heard; **ORAL
                ORDER** denying motion.
9:45 a.m.       Break (charge preparation/conference).
10:43 a.m.      Trial continued.
                No objections to Court's proposed jury charge.
                Jury seated.
10:44 a.m.      Closing arguments heard.
11:20 a.m.      Jury charged.
11:40 a.m.      Jury excused; no objections to charge; jury seated and
                alternate excused; jury excused to deliberate with special
                instructions regarding lunch.
11:53 a.m.      In-chambers conference on defendant's objection to
                government's closing argument re ammunition.
11:59 a.m.      Jury seated; supplemental charge given.
12:00 p.m.      Lunch.
1:05 p.m.       Jury deliberations continued.
1:50 p.m.       Jury Verdict of GUILTY as to charges I and II of the
                Indictment.  Jury polled and excused.
                Defendant adjudicated GUILTY; sentencing set for 1/17/06 at
                10:00 a.m.  Any custody issue to be resolved by the
                Magistrate Judge.
2:02 p.m.       Court adjourned.