IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
    v )   Cr No. 1:05cr161-T
)
BENNIE DEAN HERRING )

    GOVERNMENT                                    DEFENDANT

WITNESS LIST

**11-7-05:**                                         **11-8-05:**

1) Mark Anderson                           8) Jennifer Rudden

2) Marc Crews

3) Chris O'Neal Bradley, Jr.

4) Vaughn W. Barron (Expert)

5) Theron T. Jackson (Expert)

6) Louis Dalton Johns, Jr.

7) Ronald D. McCoy, III (Expert)