| | Govt's<br>EXHIBITS<br><br>JURY TRIAL COMMENCING NOVEMBER 7, 2005 | | | | UNITED STATES OF AMERICA<br><br>v<br><br>BENNIE DEAN HERRING<br>1:05cr161-T | |
|---|---|---|---|---|---|---|
| | | | | | JUDGE MYRON THOMPSON, PRESIDING<br>Mitchell Reisner, Court Reporter | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| ✗ Yes | 11-7-05 | 11-7-05 | 1 | Anderson | | Hi Point .380 Pistol (SENSITIVE) |
| ✗ Yes | 11-7-05 | 11-7-05 | 2 | Anderson | | Ammunition (inside of #3)  (SENSITIVE) |
| ✗ Yes | 11-7-05 | 11-7-05 | 3 | Anderson | | Leggo Bucket (Sensitive Exhibit– #2 – located inside of #3) |
| | | | 4 | | | Knife |
| ✗ Yes | 11-8-05 | 11-7-05 | 5 | Anderson/ Barron | | Methamphetamine (SENSITIVE) |
| Yes | 11-7-05 | 11-7-05 | 6 | Johns | | Judgment |
| Yes | 11-7-05 | 11-7-05 | 7 | Johns | | Judgment |
| Yes | 11-7-05 | 11-7-05 | 8 | Barron | | Certificate of Analysis (re Govt's #5) |
| | | | 9 | | | |
| | | | 10 | | | |
| | | | 11 | | | |
| | | | 12 | | | |
| | | 11-7-05 | 13 | Anderson | | Arrest Report |
| | | 11-7-05 | 14 | Anderson | | Offense Report |

✗ EXHIBITS RETURNED TO COUNSEL AT THE CONCLUSION OF TRIAL

_____  11/8/05
SIGNATURE                DATE