| | Deft's<br>EXHIBITS<br><br>JURY TRIAL COMMENCING NOVEMBER 7, 2005 | | | | UNITED STATES OF AMERICA<br><br>v<br><br>BENNIE DEAN HERRING<br>Cr No 1:05cr161-T | | |
|---|---|---|---|---|---|---|---|
| | | | | | JUDGE MYRON THOMPSON, PRESIDING<br>Mitchell Reisner, Court Reporter | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| | | 11-7-05 | 1 | Anderson | | Photograph | |
| | | 11-7-05 | 2 | Anderson | | Photograph | |
| | | 11-7-05 | 3 | Anderson | | Photograph | |
| | | 11-7-05 | 4 | Anderson | | Photograph | |
| | | 11-7-05 | 5 | Anderson | | Photograph | |
| Yes | 11-7-05 | 11-7-05 | 6 | Anderson | | Portion of Arrest Report | |
| Yes | 11-8-05 | 11-7-05 | 7 | Anderson/ Rudden | | Forensic Evidence Submission Form | |
| Yes | 11-7-05 | 11-7-05 | 8 | Anderson | | Forensic Sciences Receipt | |
| | | | 9 | | | | |
| Yes | 11-7-05 | 11-7-05 | 10 | Crews | | Report - Forensic Sciences | |
| Yes | 11-8-05 | 11-8-05 | 11 | Rudden | | Vehicle Identification Information | |