IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| BENNIE DEAN HERRING | ) | |

## ORDER

Both the government and defendant having agreed in open court to testimony from Probation Officer Johns, it is ORDERED that the petition for instructions (Doc. No. 36) is granted.

DONE, this the 9th day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE