In The United States Court
For The Middle District Of
Alabama Northern Division.

U.S.
vs                          Case # 1:05 cr 161 T
Bennie Herring

## MOTION TO DISMISS AND AFFIDAVIT OF Bennie Herring

Comes now the above named defendant moving this court to dismiss the indictment and charges against him. The reason for such dormant follows.

### Jeopardy FRCrP 26.3

1. The government recklessly caused a mistrial on October 24, 2005 when Mark Anderson spoke of matters he had been specifically instructed against.

2. The defendant did not want to have to go through another jury selection when he was satisfied with the one he had.

3. Herring, the defendant was reshackled and returned to the federal holding facility for several more weeks.

4. The defendant was the only one prejudiced and deserved an opportunity to offer another

alternative
5. Standby council moved for the mistrial but not for a retrial.
6. Motion for mistrial is the only procedure for such an event.
7. However, that does not prevent jeopardy from attaching pursuant to FRCrP 26.3.

Benjamin Hennen Massiott
Nov 3, 2005