Dear Judge Thompson,

It is my opinion and belief that the office of the Federal Public Defender is being used to violate my rights to prepare for my defense.

1. The U.S. Attorney's office has not copied me with a single document since Christine Freemon was appointed.
2. I am confined in a federal facility that has no legal library.
3. I have been denied an order dismissing my case under the speedy trial act.
4. The government put up no evidence that supports such denial.
5. They then caused a mistrial, one that this defendant did not want.
6. An emergency appeal to the Eleventh Circuit, ordered by the defendant has not been filed and or discussed further after the last meeting, the day of trial.
7. I have a habeas petition filed in this court that precedes the indictment.
8. I filed several motions on the 21st of October that, so far as I know have not been ruled on.
9. One of them was a Motion To Produce the warrant and detainer that gave this court jurisdiction over my person

RECEIVED 2005 NOV 14, A 10:04 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

on the day, or around the day of my arrest on a federal warrant, June 7, 2005.

10. Jennifer Rudlin, ATF agent, testified that she made sure that the detainer was filed a day or two after the arrest.

11. I have not seen a detainer nor a warrant, either state or federal for the day of my arrest.

12. That detainer, warrant and a writ of habeas, improperly issued from this court is the subject of the MOTION TO PRODUCE.

13. As I have repeatedly informed this court, I am being illegally detained and preparation for trial is impossible.

12. Just as I expected, Christeen Freeman's limited time and resources are being used as a crutch to deny me the most basic of rights afforded a defendant.

15. With that I hereby remove that restriction. I hereby terminate the services of Ms Freeman and her agency and will proceed without, proceed Pro-se without any appointed standby counsel.

16. I hereby ask the court to instruct the U.S. Attorney to have delivered to me any discovery or other material required to

be furnished me.

17. Also, I ask this court to make findings in any opinion relative to my speedy trial demands.

18. Along with findings as to my speedy trial rights I move this court to dismiss the charges against me as the government caused mis-trial affected the attachment of jeopardy, pursuant to Federal Rules of Criminal Procedure 26.3 and U.S. v. Dixon 913 F.2d, 1305 (8th cir 1990).

19. As to the mistrial, the defendant certainly did not want such, resulting in another stretch of confinement without bail or trial.

Respectfully submitted this 25th day of October 2005.

[signature]

1:05 cr 161 T.

P.S. I am remailing this letter/motion. As much of my other mail has been mis-sent, so was this letter. Please make a copy of the enclosed envelope also.

Remailed 11-9-05

[signature]

Return address (upside down, top right):
Renardo Hawkins
4 ch ci jail
P.O. Box 159
Montgomery, Al. 36101

INMATE MAIL MONTGOMERY CITY JAIL

Addressed to:
Judge Myron Thompson
United States
P.O. Box 711
Montgomery, Al. 36101


Received NOV 2005 Montgomery Municipal Court


37 USA stamp

Dann Bruns
P.O. Box 159
Mont, AL. 36101

Judge Myron Thompson
P.O. Box 711
Mont, Alabama 36101

3611014071

INMATE MAIL MONTGOMERY CITY JAIL

