IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| BENNIE DEAN HERRING | ) | |

## ORDER

For the reasons the court has repeatedly given in open court, it is ORDERED that defendant Bennie Dean Herring's motion to dismiss (Doc. No. 88) is denied.

DONE, this the 17th day of November, 2005.

  /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**