IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | |

### ORDER

It is ORDERED that defendant Bennie Dean Herring's motion to discharge standby counsel (Doc. No. 89) is set for hearing on November 21, 2005, at 10:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 17th day of November, 2005.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**