AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

BENNIE DEAN HERRING

**NOTICE**

CASE NUMBER: 3:05-cr-161-T

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

☑ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Frank M. Johnson, Jr. United States Courthouse Complex One Church Street, Montgomery, Alabama | Courtroom 2E |
| | DATE AND TIME |
| | November 21, 2005, at 10:00 a.m. |

TYPE OF PROCEEDING

**MOTION HEARING:** Defendant's November 17, 2005, Pro Se Motion for Judgment of Acquittal and to Expedite Sentencing

☐ **TAKE NOTICE** that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Frank M. Johnson U S Courthouse Complex | | |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*[signature]*
(BY) DEPUTY CLERK

November 18, 2005
DATE