# **MINUTES**

```
              IN THE UNITED STATES DISTRICT COURT FOR THE
               MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

HON.   MYRON H. THOMPSON,   JUDGE           AT    MONTGOMERY,    ALABAMA

DATE COMMENCED   NOVEMBER 21, 2005          AT      10:14        A.M./P.M.

DATE COMPLETED   NOVEMBER 21, 2005          AT      10:45        A.M./P.M.

```
UNITED STATES OF AMERICA            )
                                    )
     v                              )        Cr No. 1:05cr161-T
                                    )
BENNIE DEAN HERRING                 )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Karl David Cooke (for Speirs) | X | Bennie Herring, Pro Se |
| | X | Christine Freeman, Standby Counsel |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   MOTION HEARING

10:14 a.m.    Court convened; motion hearing commenced:
              1) Defendant's pro se motion to discharge standby counsel
              (89):  Witness oath administered to defendant Herring; the
              defendant heard regarding motion and orally waives his right
              to attorney; defendant advised of rights and limits of
              punishment.  Motion to discharge standby counsel will be
              granted.
              2a) Defendant's pro se motion for judgment of acquittal
              (92):  Motion denied, as stated on the record.
              2b) Defendant's pro se motion to expedite sentencing
              hearing (92):  Parties heard; matter taken under advisement.
              3) Court restates (for defendant) the oral ruling made
              during trial on defendant's oral motion for judgment of
              acquittal.
10:45 a.m.    Hearing concluded.