IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | |

## ORDER

Based upon the representations made by defendant Bennie Dean Herring in open court on November 21, 2005, it is ORDERED that defendant Bennie Dean Herring's motion for judgment of acquittal (Doc. No. 92) is denied. It is not only untimely it is without merit.

On an unrelated matter, brought up at the hearing, regarding the § 2255 habeas petition in civil action no. 2:94cv213-TMH-CSC, Magistrate Judge Coody informs the court that he may have overlooked this case and that he will have a recommendation for Senior United States District Judge Truman Hobbs in the near future.

DONE, this the 21st day of November, 2005.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE