IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| BENNIE DEAN HERRING | ) | |

### ORDER

Based upon the representations made by defendant Bennie Dean Herring in open court on November 21, 2005, it is ORDERED that defendant Bennie Dean Herring's motion to discharge standby counsel (Doc. No. 89) is granted and Hon. Christine Freeman is discharged as counsel for defendant Herring.

Defendant Herring shall represent himself throughout the remainder of these proceedings.

DONE, this the 21st day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE