# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   NOVEMBER 22, 2005          AT      10:35      A.M./P.M.

DATE COMPLETED   NOVEMBER 22, 2005          AT      11:02      A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 1:05cr161-T |
| ) | |
| BENNIE DEAN HERRING ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Karl David Cooke (for Speirs) | X | Bennie Herring, Pro Se |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   MOTION HEARING

| | |
|---|---|
| 10:35 a.m. | Court convened on defendant's motion for expedited sentencing. Current estimated guideline range, prior to full review of defendant's history (per PO and AUSA) is 21-27; defendant disagrees with that calculation. |
| 10:40 a.m. | Break to allow defendant Herring to review the guidelines with PO Spurlock. |
| 11:00 a.m. | Hearing continued. |
| 11:02 a.m. | Matter taken under advisement; court adjourned. |