IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | |

### ORDER

Based on the representations made in open court on November 22, 2005, it is ORDERED that defendant Bennie Dean Herring's motion to expedite his sentencing (Doc. No. 92) is denied.

DONE, this the 22nd day of November, 2005.

                                                  /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**