IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

U.S.

vs.                                        # 1:05cr161T

Bonnie Dean Herring

## MOTION TO COMPEL OR TO PRODUCE WRIT OF ARREST

1. Comes now the defendant, named above, moving this court, for at least the third time, to either produce the warrant of arrest that gives this court jurisdiction over his person or in the alternative compel the government, district court clerk or the U.S. Marshalls Service to produce the same.

2. The defendant was arrested on June 7, 2005 and taken to the Coffee County Jail.

3. He has been continuously confined since that date.

4. The June 7, 2005 arrest was based on a purported federal (doc 49)

5. The Coffee County Jail placed the

defendant "Herring" in jail with a "no bond" restriction because he was supposedly arrested on a federal warrant, (doc 49), as evidenced by the notation on the Intake Sheet (doc 49).

6. Herring has been in custody now for almost 6 months and is yet to be furnished a lawfully issued warrant of arrest as defined by the Federal Rules of Criminal Procedure, Rule 1(b)(2), 4, 5, and 5.1.

Wherefore Herring again moves this court for assistance in being furnished a lawfully issued and executed warrant giving this court jurisdiction over his person.

Respectfully Submitted
this Nov. 2, 2005

Bernard Herring



INMATE MAIL MONTGOMERY CITY JAIL

Benne Harris
Mont. City Jail
P.O. Box
Mont. Ala. 36101

U.S. District Court
Judge Myron Thompson
P.O. 711
Montgomery Ala. 36101