IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05-CR-161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

## **ORDER**

Upon consideration of the motion to compel (doc. # 100) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED. The Clerk of the Court is DIRECTED to send to the defendant a copy of the arrest warrant issued on May 26, 2005 pursuant to a complaint (doc. # 2) and the arrest warrant issued on July 1, 2005, pursuant to the indictment in this case. (doc. # 5).

Done this 6th day of December, 2005.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE