IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | |

<u>ORDER</u>

It is ORDERED that the motion for mistrial and dismissal (Doc. No. 102) is denied.

DONE, this the 12th day of December, 2005.

<u>  /s/ Myron H. Thompson  </u>
**UNITED STATES DISTRICT JUDGE**