IN THE UNITED STATES
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA.

US

V                              Case # 1:05 161 T

Benie Herring

## DEFENDANTS THIRD MOTION TO PRODUCE
## OR IN THE ALTERNATIVE TO DISMISS

COMES now the above named "Herring"
moving this court for at least the third
time to produce a lawfully signed
and executed warrant of arrest that
would give this court an personam
jurisdiction over the defendant. A recap
follows.

1. On 12-5-05 this defendant moved for
this court to furnish him a copy of
any lawfully signed arrest warrant
that had been properly executed and
returned pursuant to the Federal
Rules of Criminal Procedure.

2. On 12-8-05 Herring was furnished a
copy of an unexecuted unreturned

warrant issuing from the Magistrate's court and a copy of a warrant purportedly issuing from the District Court that was not executed, not signed by an authorized officer of the court, pursuant to the FRCrP, and not properly returned, i.e., not signed by a marshall.

3. The two warrant copies were furnished Herring on the order of the Magistrate Court, dated Dec. 6, 2005.

4. Niether of these documents give this court jurisdiction over the defendant.

5. Furthermore, Herring now has reason to believe that someone has been altering and creating documents in order to avoid charges by Herring that his speedy trial rights and other due process rights have been violated.

6. This court, being a creature of legislation, is bound to the same rules as a citizen brought before it.

7. Without a proper warrant this court has no jurisdiction over Herring.

Therefore, Herring demands either this court furnish him with a lawfully issued and returned warrant of arrest' or discharge his person.

Respectfully submitted this Dec. 7, 2005

Bernard Dunn Herring

Ronnie Reece
P.O. Box 159
Mont. Ala. 36101

Judge Myron Thompson
U.S. District Court
P.O. 711
Montgomery Ala. 36101

36101+0711

INMATE MAIL
Montgomery City Jail