IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR161-T |
| | ) | |
| BENNIE DEAN HERRING | ) | |

**<u>ORDER</u>**

Upon consideration of the motion to produce (doc. # 104) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED in all respects. Previously the court ordered that copies of arrest warrants be provided to the defendant. The defendant now claims that the documents provided to him show that the court has no jurisdiction over him apparently due to some defect in the warrant. Even if correct these facts avail the defendant nothing. The defendant was convicted on November 8, 2005, and remains in custody following that conviction. The law is well established. A defendant may not assert the illegality of his detention to defeat the court's jurisdiction over him. *See Gerstein v. Pugh,* 420 U.S. 103 (1975). *See also Frisbie v. Collins*, 342 U.S. 519 (1952); *Ker v. Illinois*, 119 U.S. 436 (1886). Accordingly, it is

ORDERED that the motion to produce be and is hereby DENIED.

Done this 13th day of December, 2005.

　　　　　　　　　　　　　　　　　　／s／Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE