In the United States Court
for the Middle District of
Alabama

U.S
v                              Case # 1:05 161 T
Bennie Herring

## MOTION TO SET ASIDE JURY VERDICT AND DISMISS CASE

Comes now the above named defendant moving this court to set aside the jury verdict rendered in the case and dismiss the charges pursuant to the due process clause of the U.S. Constitution. The issues follow.

1. <u>Jurisdiction</u>

This court had original and exclusive jurisdiction of this case from the beginning pursuant to 18 USCS 3231.

2. The defendant had a right to bail pursuant to an order of this court in spite of the magistrate's finding as to custody of the state court in Coffee county.

3. There has been no finding of the magistrate court as to bail pursuant to the federal code and rules.

RECEIVED

2006 JAN 23 A 9:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

4. The defendants continued confinement has resulted in his being unable to prepare his own defense, Pro se.

5. He now has a sentencing hearing on the 26th of January 2006, but has not been afforded the required conference between himself and the U.S. Attorneys.

6. Prior to that the defendant was neither given notice of nor allowed to veiw and consider the juror profiles prior to his two trials, October 25 and Nov 7 2005.

7. On the day or days prior to selection he remained confined at the Montgomery City jail and on the day of selection he remained handcuffed and shackled in the courtrooms basement untill the profiles were apparently returned to the clerks office pursuant to order of this court (doc. 75).

Submitted this 20th day of January 2006.

*[signature]*