AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

BENNIE DEAN HERRING

**NOTICE**

CASE NUMBER: 1:05cr00161-MHT

TYPE OF CASE:

☐ CIVIL   X CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING HEARING** before Judge Myron H. Thompson

X TAKE NOTICE that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex<br>One Church Street<br>Montgomery, AL 36104 | January 26, 2006<br><br>10:00 a.m. | **January 27, 2006, 10:00 a.m.**<br><br>(Courtroom 2E) |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 24, 2006
DATE

*/s/ signature*
(BY) DEPUTY CLERK