IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-T |
| **BENNIE DEAN HERRING** | ) | |

### ORDER

It is ORDERED that defendant's motion to set aside jury verdict and dismiss case (Doc. No. 107) is denied.

DONE, this the 25th day of January, 2006.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**