# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE           AT     __MONTGOMERY,__     ALABAMA

DATE COMMENCED  __JANUARY 27, 2006__           AT        __10:05__          A.M./P.M.

DATE COMPLETED  __JANUARY 27, 2006__           AT        __11:08__          A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v | ) Cr No. 1:05cr00161-MHT |
| BENNIE DEAN HERRING | ) |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Bennie Dean Herring, Pro Se |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Nicole Birch, Law Clerk | Sheila Carnes, Courtroom Clerk | Mitchell Reisner, Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING: **SENTENCING HEARING**

| | |
|---|---|
| 10:05 a.m. | Court convened; sentencing hearing commenced. Defendant's OBJECTIONS to PSR:<br>1) Base Offense Level ("prohibited person"); oral argument heard; objection overruled;<br>2) Two-Level Enhancement (stolen firearm); evidence presented; objection overruled;<br>3) Three Criminal History Points (prior conviction); oral argument heard; objection overruled.<br>Defendant's oral request for a sentence of probation; request denied. Court directs that a mental health evaluation will be ordered; defendant's oral objection. Defendant's oral objection to not being furnished juror profile for jury selection (profiles were furnished to his standby attorney); oral argument heard; objection overruled as untimely and without merit. Sentence imposed (27 mos). |
| 10:45 a.m. | Break (preparation of notice of appeal for the defendant). |
| 11:05 a.m. | Court directs the clerk to file defendant's notice of appeal. **ORAL ORDER** directing that defendant Herring may proceed on appeal without prepayment of costs and with free transcript(s) of proceeding(s). |
| 11:08 a.m. | Court adjourned. |