IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA            )
                                    )
        v.                          )        Cr No. 1:05cr161-MHT
                                    )
BENNIE DEAN HERRING                 )


<u>GOVERNMENT</u>                                      <u>DEFENDANT</u>


<u>WITNESS LIST</u>


<u>**1-27-06:**</u>

1) Jennifer Rudden