| | | | | | | |
|---|---|---|---|---|---|---|
| Government's EXHIBITS SENTENCING HEARING COMMENCING 1/27/06 | | | | | UNITED STATES OF AMERICA v BENNIE DEAN HERRING Cr No. 1:05cr161-MHT | |
| | | | | | Judge Myron Thompson, Presiding Mitchell Reisner, Court Reporter | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 1-27-06 | 1-17-06 | 1 | | X | Statement of Ted Sanders |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | EXHIBIT LOCATED IN AN EXPANSION FOLDER WITH CASE FILE | |
| | | | | | | |