**RECEIVED**
2006 JAN 27 A 11:41
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL ACTION NO. |
| ) | 1:05-cr-00161-MHT |
| ) | |
| BENNIE DEAN HERRING ) | |

## NOTICE OF APPEAL

Notice is hereby given that BENNIE DEAN HERRING hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the conviction and sentence imposed in this action on January 27, 2006.

Done this 27th day of January, 2006.

_____
BENNIE DEAN HERRING

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, the forgoing was filed with the Clerk of Court and a copy of the same was hand-delivered to the following: Verne H. Speirs, Assistant United States Attorney.

_____
BENNIE DEAN HERRING