# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| ALM | Herring, Bennie Dean | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:05-000161-001 | 06-107951-011 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Herring | Felony | Appellant | Appeal of Other Matters |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 922G.F -- UNLAWFUL TRANSPORT/POSSESS/RECEIVE FIREARMS THROUGH INTERSTATE COMMERCE

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)
APPEAL PROCEEDINGS TO THE UNITED STATES COURT OF APPEALS, 11TH CIRCUIT

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

SEE ATTACHMENT

**14. SPECIAL AUTHORIZATIONS** (Services Other Than Ordinary)    Judge's Initials

A. Apportioned Cost     % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Real Time Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

COURT'S ORAL ORDER AS TO BENNIE DEAN HERRING, DFT. PRO SE
_Signature of Attorney_   _Date_

_Printed Name_
Telephone Number:
☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

COURT'S ORAL ORDER ON 01/27/06
_Signature of Presiding Judicial Officer or By Order of the Court_

01/27/06
_Date of Order_   _Nunc Pro Tunc Date_

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**
☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS
MITCHELL P. REISNER
222 CLOVERFIELD RD.
HOPE HULL, AL 36043
Telephone Number: 265-2500

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE**
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

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original 13 VOLUMES | | 589 | $3.30 | | | $1,943.70 |
| ~~Copy~~ LIST ENCLOSED | | | | | | |

Expenses (itemize):

TOTAL AMOUNT CLAIMED: $1,943.70

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

_Signature of Claimant/Payee_   Date: 2-28-06

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK.** I hereby certify that the services were rendered and that the transcript was received.

CHRISTOPHER FREEMAN STANDBY COUNSEL   3/1/06
_Signature of Attorney_   _Date_

## APPROVED FOR PAYMENT - COURT USE ONLY

**23. APPROVED FOR PAYMENT**
_Signature of Judicial Officer or Clerk_   3/6/06   _Date_

**24. AMOUNT APPROVED**
1943.70

Case:              USA vs. Bennie Dean Herring
Docket No.:        1:05-cr-161-MHT

October 12, 2005    22 pages (status conf)
October 21, 2005    73 pages (mot to supp)
October 17, 2005    38 pages (jury selection)
October 25, 2005    45 pages (1st day trial)
November 4, 2005    25 pages (pretrial motions)
November 7, 2005    49 pages (2nd jury selection)
November 7, 2005    150 pages (1st day of 2nd trial)
November 8, 2005    90 pages (2nd day of 2nd trial)
November 22, 2005   7 pages (mot to expedite sentencing)
November 21, 2005   26 pages (mot to discharge standby counsel)
January 27, 2006    35 pages (sentencing)
August 17, 2005     14 pages (initial app & arraignment)
September 19, 2005  15 pages (mot to proceed with pro se representation)
                    ─────────

589 pages