IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT
    OF    ALABAMA

2006 MAR 21  A 10: 01

U.S.

vs                          '05 · 161 · T

Bennie Herrington

MOTION    FOR  RELEASE  Pending
    APPEAL.

Comes now the above named defendant
"Herring" moving this court to issue an
order, directed to the U.S. Marshall's
Service and the Coffee County Jail
facility, allowing him to be released
pending his direct appeal, 06-10795-FF,
as to the federal causes of action.
The reasons follow.

1. After trial in the case at bar Herring
was moved by U.S. Marshalls to the
Autauga Metro Jail for three weeks and
then to the Coffee County Jail untill
the time of this motion.

2. As a result his mail has just now
    caught up with him. Ex-A

3. Herring has been indicted in Coffee
County for the same charge he was
was convicted for in federal court and
is now awaiting trial.

4. The mail, Ex-B informed Herring
he has until April, 10, 2006 to
submit his brief, 25 days.

5. The Coffee County jail facility
will not allow Herring to bring his
reference material into the facility.

6. In addition, when Herring attempted
to bail out of the Coffee County
facility he was informed by
jail employees that if he made
bail in Coffee County he still
would not be released because of
a federal hold placed on him by
the marshall's service.

7. Herring has now been prevented from
making bail for over nine months
because of this "federal hold".

Wherefore, the defendant begs this
court to issue an order that would
clear the confusion as to his ability
to be released, from federal custody,
pending a direct appeal to the Eleventh
circuit.

Respectfully Submitted this
March, 20-2006.