# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 03, 2006

Bennie Dean Herring
Montgomery City Jail
PO BOX 159
MONTGOMERY AL 36101-0159

**Appeal Number: 06-10795-FF**
Case Style: USA v. Bennie Dean Herring
District Court Number: 05-00161 CR-T-S

Please be advised that pursuant to 11th Cir. R. 31-1, APPELLANT'S BRIEF AND RECORD EXCERPTS ARE DUE TO BE SERVED AND FILED WITHIN FORTY (40) DAYS FROM February 28, 2006.

The above date is the date the record was deemed completed and filed, on the date the court reporter filed the transcript with the district court, as provided by 11th Cir. R. 12-1.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE CONCERNING THE DUE DATE FOR FILING BRIEFS. See Fed.R.App.P. 28, 30, 31 and 32, and the corresponding circuit rules, for further information on preparing briefs and record excerpts. If you have not entered your appearance in this appeal, please note that the clerk may not accept your motions or other filings. See 11th Cir. R. 46-1(e). Appearance forms are available on the court's Web site at www.ca11.uscourts.gov. Motions for extensions of time to file a brief are frowned upon by the court.

In addition to providing the required number of paper copies of briefs, all parties (except pro se parties) are required, additionally, to provide briefs in electronic format as described in 11th Cir. R. 31-5 and the instructions provided on the court's website. Electronic briefs must be in Adobe Acrobat® PDF file format. The electronic brief must be completely contained in one PDF file, i.e., cover page through and including the certificate of service. The address wrapper accompanying this letter contains counsel's individual identification number (User ID) for electronic brief uploading. When uploading a brief for the first time, you will be prompted to register and create a password known only by you for all future uploads.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Marcus Simmons (404) 335-6175

BR-1 (02-2006)

Ex - B