# United States Court of Appeals
For the Eleventh Circuit

No. 06-10795

District Court Docket No.
05-00161-CR-T-S

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jul 17, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

  Plaintiff-Appellee,

versus

BENNIE DEAN HERRING,

  Defendant-Appellant.

A True Copy Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Alabama

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
AUG 1 5 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: July 17, 2007
For the Court: Thomas K. Kahn, Clerk
By: Gilman, Nancy