IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr161-MHT |
| BENNIE DEAN HERRING | ) | |

### ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on July 17, 2007, affirming the judgment of conviction and sentence pronounced in this case as to defendant Bennie Dean Herring on January 27, 2006, and entered on January 27, 2006 (Doc. no. 111), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on August 15, 2007, and received in the office of the clerk of this court on August 16, 2007 (Doc. no. 120), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Bennie Dean Herring on January 27, 2006,

and entered on January 27, 2006 (Doc. no. 111), is continued in full force and effect.

DONE, this the 27th day of August, 2007.


       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE