RECEIVED

2008 FEB 29 A 10:52

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 27, 2008

**Appeal Number: 06-10795-FF**
Case Style: USA v. Bennie Dean Herring
District Court Number: 05-00161 CR-T-S

CC:   Debra P. Hackett

CC:   Hon. Myron H. Thompson

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 27, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 06-10795-FF**
Case Style: USA v. Bennie Dean Herring
District Court Number: 05-00161 CR-T-S

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

c: District Court Judge

MDT-4 (04-2007)