

**Regina Veals-Gillis/CA11/11/USCOURTS**
08/06/2008 09:18 AM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc:
bcc:
Subject: 06-10795-FF (DC: 1:05-00161 CR T S)

CA11# 06-10795-FF
USA v. Bennie Dean Herring
MAL: 1:05-00161 CR T S
----------------------------------------

dkt entry 123 is wrong the ussc granted cert.

the letter forwarded to you was wrong