Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY AL 36104-4055

August 06, 2008

**Appeal Number: 06-10795-FF**
Case Style: USA v. Bennie Dean Herring
District Court Number: 05-00161 CR-T-S

TO:    Debra P. Hackett

CC:    Administrative File

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 06-10795-FF**
Case Style: USA v. Bennie Dean Herring
District Court Number: 05-00161 CR-T-S

---

At the request of the Clerk of the Supreme Court of the United States please promptly forward the record on appeal in the referenced case directly to the Clerk of the Supreme Court. Please also send a copy of your transmittal letter to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

SPCT-1 (03-2004)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 06-10795-FF**
Case Style: USA v. Bennie Dean Herring
District Court Number: 05-00161 CR-T-S

---

At the request of the Clerk of the Supreme Court of the United States please promptly forward the record on appeal in the referenced case directly to the Clerk of the Supreme Court. Please also send a copy of your transmittal letter to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

SPCT-1 (03-2004)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 25, 2008

Clerk
United States Court of Appeals
for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re:  No. 07-513   Bennie Dean Herring v. United States
     (Your No. 06-10795)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record in the above case to this office. Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information. If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**William K. Suter**, Clerk

by *Eleanor L. Baptiste*

Eleanor L. Baptiste
Assistant Clerk
(202) 479-3125

cc: Counsel of Record